**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL YTURBE RODRIGUEZ, | ) | CASE NO. CV 09-02797 R (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MATHEW MONTEL, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RAUL YTURBE RODRIGUEZ , for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 29, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE